UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERVIN SWANSON,<br><br>            Plaintiff,<br><br>      v.<br><br>KEYSTONE RV COMPANY, INC. and JAMES B. TUCK ENTERPRISES, INC.,<br><br>            Defendants. | No. 1:16-cv-00697-DAD-SAB<br><br><br><br>ORDER TRANSFERRING CASE |

On May 17, 2016, this action was transferred from the United States District Court for the Northern District of California. (Doc. No. 14.) Pursuant to that transfer order and to Local Rule 120(d), proper venue in this action lies in the Sacramento Division of this court. Accordingly, the Clerk of the Court is directed to transfer this action to the Sacramento Division. *See* Local Rule 120(f).

IT IS SO ORDERED.

Dated:   **July 1, 2016**                              _____
                                                                          UNITED STATES DISTRICT JUDGE

1